CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RACHEL KENT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
rachel.kent@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-mj-00173-EJY |
| Plaintiff, | **First Stipulation to Continue Preliminary Hearing** |
| v. | |
| Ken Freeman, | |
| Defendant. | |

The parties jointly request that this Court vacate the preliminary hearing scheduled for March 5, 2021, and continue it for at least 60 days because:

1.  Defense counsel is reviewing the discovery in this case and requires more time to prepare for the preliminary hearing.

2.  Additional time is needed to determine whether a pre-information resolution can be reached.

3.  Defendant is not incarcerated and agrees to the continuance.

//
//
//
//

4. Defendant also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161.

DATED: March 3, 2021

Christopher Chiou
Acting United States Attorney

*/s/ George Cromer*

By_____
George Cromer
Attorney for Defendant Ken Freemant

*/s/ Rachel Kent*

By_____
Rachel Kent
Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

        Plaintiff,

     v.

Ken Freeman,

        Defendant.

Case No. 2:21-mj-00173-EJY

**Order Granting First Stipulation to Continue Preliminary Hearing**

     Based on the stipulation of counsel, the Court finds that Juan Torres consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

     IT IS THEREFORE ORDERED that the preliminary hearing scheduled for March 5, 2021 is vacated and continued to May 4, 2021 at the hour of 4:00 p.m., in Courtroom 3A.

     DATED this 4th day of March, 2021.

The Honorable Elayna J. Youchah
United States Magistrate Judge

3