UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA ) Case No.: 2:21-MJ-00173-EJY
) Dept.: 7D
    Plaintiff, )
vs. ) **Second Stipulation to Continue**
) **Preliminary Hearing**
KEN FREEMAN )
)
    Defendant. )
)
)

**COMES NOW** the Defendant, KEN FREEMAN by and through his attorney of record, GEORGE E. CROMER, ESQ., and the Plaintiff, UNITED STATES OF AMERICA, by and through their attorney of record, RACHEL KENT, ESQ., and hereby stipulate and agree as follows:

**WHEREAS,** this matter is currently scheduled for a Preliminary Hearing on Tuesday, May 4, 2021 at 4:00 p.m., and

**WHEREAS**, counsel in this matter have agreed to continue this hearing for sixty (60) days, counsel needs additional time to prepare for the hearing to a date convenient to the parties involved and the Court, now, therefore,

**WHEREAS**, the defendant is not in custody and agrees to the continuance.

**WHEREAS**, the defendant also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1 (c) and the time within which an indictment must be filed under 18 U.S.C.§ 3161.

**IT IS HEREBY STIPULATED AND AGREED** that the Preliminary hearing currently scheduled for Tuesday May 4, 2021 shall be continued for sixty (60) days, to a date convenient to

all parties.

GEORGE E. CROMER, ESQ.   CHRISTOPHER CHIOU, ESQ.
                         U.S. ATTORNEY'S OFFICE

/s/ George E. Cromer        /s/ Rachel Kent
George E. Cromer, Esq.      Rachel Kent, Esq.
Nevada Bar No. 000183       501 Las Vegas Blvd. South
601 South 1-th Street       Las Vegas NV 89101
Las Vegas NV 89101          Attorney for Plaintiff
Attorney for Defendant      Dated: 4/30/2021
Dated: 4/30/2021

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** that the Preliminary Hearing currently scheduled for Tuesday, May 4, 2021 shall be continued to July 6, 2021 at 10:00a.m., in Courtroom 3D.

Dated this 30th day of April, 2021.

U.S. MAGISTRATE JUDGE