1

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

3

4

5

6

7

8

9

| UNITED STATES OF AMERICA | ) | Case No.: 2:21-MJ-00173-EJY |
|---|---|---|
| Plaintiff, | ) | Dept.:   7D |
| vs. | ) | **STIPULATION AND ORDER FOR** |
| | ) | **DISMISSAL** |
| KEN  FREEMAN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

10

   **IT IS HEREBY STIPULATED** by and between Defendant, KEN FREEMAN by and

11

through his attorney of record, GEORGE E. CROMER, ESQ., and the Plaintiff, UNITED

12

STATES OF AMERICA, by and through their attorney of record, RACHEL KENT, ESQ., that

13

the Parties have agreed to resolve the case between them by way of a Diversion Agreement.

14

   **WHEREAS**, that Defendant has completed the misdemeanor offense of Count One -

15

16

Interfering with Lawful Used by Force/Threat/Intimidation, in violation of Title 43, Code of

17

Federal Regulations Section 4140.1(b)(7), a Class A misdemeanor; and Count Two - Failure to

18

Obtain Permit/Commercial, in violation of Title 43, Code of Federal Regulations, Section

19

2932.57(a)(1), a Class A misdemeanor now, therefore,

20

   **WHEREAS**, Defendant did not enter Bureau of Land Management public land in the

21

Primm area for the six (6) month period.

22

   **WHEREAS**, the Defendant did not violate any local, state or federal laws.

23

///

24

///

25

///

26

-1-

**IT IS HEREBY STIPULATED AND AGREED,** the Parties stipulate and that this Court enters a dismissal of Plaintiff's Complaint in United States District Court Case No. 2:21-MJ-00173-EJY.

**IT IS SO STIPULATED.**

GEORGE E. CROMER, ESQ.                    CHRISTOPHER CHIOU, ESQ.
                                          U.S. ATTORNEY'S OFFICE


_/s/ George E. Cromer_                    _/s/ Rachel Kent_
George E. Cromer, Esq.                    Rachel Kent, Esq.
Nevada Bar No. 000183                     501 Las Vegas Blvd. South
601 South 1-<sup>th</sup> Street          Las Vegas NV  89101
Las Vegas NV  89101                       Attorney for Plaintiff
Attorney for Defendant                    Dated: 10/13/2021
Dated: 10/13/2021


# ORDER

Based upon the foregoing Stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** that pursuant to the Stipulation for Dismissal, Plaintiff's Complaint in United States District Court Case No. 2:21-MJ-00173-EJY is hereby dismissed with prejudice as to Defendant KEN FREEMAN.  Each Party shall bear their own costs and fees, except as otherwise set forth in the Petty Offense Diversion Agreement. IT IS SO ORDERED.

Dated this 13th day of October, 2021.


U.S. MAGISTRATE JUDGE